IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SARAH M. ARCHER                                           PLAINTIFF

v.                             Case No. 11-2026

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                      DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed a complaint on January 28, 2011, and summons were issued and returned to counsel for service on the Defendant. ECF No. 1. Plaintiff subsequently failed to meet the requirements of FED. R. CIV. P. 4(1)-(m), requiring service of the summons and complaint upon a defendant within 120 days after the filing of the complaint and requiring the person serving process to make proof of service to the court. On July 20, 2011, the Court ordered Plaintiff to show cause why her case should not be dismissed for failure to prosecute. ECF No. 5. As of this date, Plaintiff has not responded to the court's order or shown cause for her failure to timely serve the Defendant and make proof of service to the court. Accordingly, the undersigned recommends that Plaintiff's case be dismissed without prejudice. FED. R. CIV. P. 4(m).

**The parties have <u>fourteen</u> days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1),** *amended by* **Pub. L. 111-16, §§ 6(1), 7, 123 Stat. 1607, 1608-09 (2009). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 8th day of August 2011.

                                                                     /s/ *J. Marschewski*
                                                                     HON. JAMES R. MARSCHEWSKI
                                                                     CHIEF U.S. MAGISTRATE JUDGE