IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SARAH M. ARCHER                                                                PLAINTIFF

       v.                                 CIVIL NO. 11-2026

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

## JUDGMENT

Presently before the court is the Magistrate Judge's Report and Recommendation dated August 8, 2011, recommending dismissal of Plaintiff's complaint for failure to comply with FED. R. CIV. P. 4. ECF No. 6. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the court finds that Plaintiff has not shown good cause for her failure to timely serve the Defendant and her complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of August 2011.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE